THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DOROTHY MARIE WHEELER** | **CIVIL ACTION NO. 11-1670** |
| **VERSUS** | **JUDGE S. MAURICE HICKS** |
| **GLAY H. COLLIER, II** | **MAGISTRATE HORNSBY** |

| | |
|---|---|
| **IN RE GLAY H. COLLIER, II** | **MISC. NO. 14-00025** |
| | **JUDGE S. MAURICE HICKS, JR.** |

### DEFENDANT'S/ RESPONDENT'S SECOND RESPONSE TO THIS COURT'S MINUTE ENTRY REQUIRING THE PRODUCTION OF DOCUMENTS DATED JULY 28, 2014.

NOW INTO COURT, the undersigned counsel, comes Glay H. Collier, II, who in response to this Court's minute entry order dated July 28, 2014 entered into the above captioned proceedings, respectfully produces documents in response to the fourteen(14) day deadline and respectfully represents as follows:

1.

Attached hereto as Exhibit "A" is the case number and identification of every bankruptcy filing for Chapter 7 consumer bankruptcies that respondent has made using the "two contract method" and identification of each individual and accounting of all funds received by date and source by the client.

WHEREFORE, Glay H. Collier, II, prays that this production of documents pursuant to this Court's minute entry be dated July 28, 2014 be deemed good and sufficient.

Respectfully Submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/ Bradley L. Drell
Bradley L. Drell, La. Bar No. 24387
GOLD, WEEMS, BRUSER, SUES & RUNDELL
Post Office Box 6118
Alexandria, Louisiana 71307-6118
Telephone: (318) 445-6471
ATTORNEY FOR GLAY H. COLLIER, II

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DOROTHY MARIE WHEELER** | **CIVIL ACTION NO. 11-1670** |
| **VERSUS** | **JUDGE S. MAURICE HICKS** |
| **GLAY H. COLLIER, II** | **MAGISTRATE HORNSBY** |

| | |
|---|---|
| **IN RE GLAY H. COLLIER, II** | **MISC. NO. 14-00025** |
| | **JUDGE S. MAURICE HICKS, JR.** |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing: J. Patrick Hennessy, Law Office of J. Patrick Hennessy, P.O. Box 91, Shreveport, LA 71161-0091; Ralph S. Bowie, Jr., Daye, Bowie & Beresko, 400 Travis St Ste 700, Shreveport, LA 71101; and Judge S. Maurice Hicks, Jr., United States District Court, Western District of Louisiana, on this 4th day of August, 2014, Alexandria, Louisiana.

                                  s/Bradley L. Drell
                                   OF COUNSEL