THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DOROTHY MARIE WHEELER** | **CIVIL ACTION NO. 11-1670** |
| **VERSUS** | **JUDGE S. MAURICE HICKS** |
| **GLAY H. COLLIER, II** | **MAGISTRATE HORNSBY** |
| **IN RE GLAY H. COLLIER, II** | **MISC. NO. 14-00025** |
| | **JUDGE S. MAURICE HICKS, JR.** |

**OBJECTION TO JULY 28, 2014 DISCOVERY ORDER
AND REQUEST FOR CLOSURE OF CASE**

NOW INTO COURT, through the undersigned counsel, comes Glay H. Collier, II, who, pursuant to the directive issued by the United States Court of Appeals for the Fifth Circuit on September 18, 2014 in Case No. 14-31048, does hereby make his objection to this Court's request that documents regarding every case where "a pre-petition contract was either signed by the bankruptcy debtor or an oral agreement was reached without a contract in the record" together with an accounting showing "the amount of post-petition money collected by any means; with an identification of the source, whether by cash, ACH withdrawal, debit card, credit card, or any other means" dating back to January 1, 2010 regarding Chapter 7 bankruptcies be produced to this Court, respectfully represents as follows:

1.

On September 18, 2014, United States Court of Appeals for the Fifth Circuit stayed the July 28, 2014 discovery order by this court in Case No. 14-31048 pending before the United States Court of Appeals for the Fifth Circuit.

2.

The Court of Appeal further ordered that Mr. Collier present his objections fully to the District Court for ruling thereon regarding the July 28, 2014 discovery order within five (5) days of the ruling.

3.

For the reasons stated in the attached Memorandum, and generally on the grounds of relevancy to the matters that are actually pending before this Court in the above captioned cases, Glay H. Collier, II objects to the discovery order requiring that he produce documentation regarding every Chapter 7 case in which Mr. Collier received post-petition payments since January 1, 2010.

4.

Lastly, in light of the Appellate Court's vacation of this Court's July 28, 2014 order imprisoning Mr. Collier and the Appellate Court's holding that any further punitive sanctions require criminal contempt proceedings, Collier would suggest that Misc. No. 14-00025 be closed.

WHEREFORE, Glay H. Collier, II, prays that this objection be sustained, and for such other and further relief as justified in its premises.

Alexandria, Louisiana, this _____ day of September, 2014.

Respectfully Submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By:   /s/ Bradley L. Drell
      Bradley L. Drell, La. Bar No. 24387
      GOLD, WEEMS, BRUSER, SUES & RUNDELL
      Post Office Box 6118
      Alexandria, Louisiana 71307-6118
      Telephone: (318) 445-6471
      ATTORNEY FOR GLAY H. COLLIER, II

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DOROTHY MARIE WHEELER** | **CIVIL ACTION NO. 11-1670** |
| **VERSUS** | **JUDGE S. MAURICE HICKS** |
| **GLAY H. COLLIER, II** | **MAGISTRATE HORNSBY** |
| **IN RE GLAY H. COLLIER, II** | **MISC. NO. 14-00025** |
| | **JUDGE S. MAURICE HICKS, JR.** |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing: J Patrick Hennessy, Law Office of J. Patrick Hennessy, P.O. Box 91, Shreveport, LA 71161-0091, Ralph S Bowie, Jr., Daye, Bowie & Beresko, 400 Travis St Ste 700, Shreveport, LA 71101 and David J. Ayo, Allen & Gooch, P.O. Box 81129, Lafayette, LA 70598-1129, on this ____ day of September, 2014, Alexandria, Louisiana.

                                                          _s/Bradley L. Drell_
                                                           OF COUNSEL